## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| LELAND MEDICAL CENTERS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07cv67 |
| v. | § | |
| | § | |
| FLOYD R. WEISS, et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 7, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant 5GStudio Collaborative, LLC's Motion for Summary Judgment be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Defendant 5GStudio Collaborative, LLC's Motion for Summary Judgment (Dkt. No. 52) be DENIED.

**SIGNED this 4th day of June, 2007.**

1

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE